# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| KARGBO H., | Case No. 19-CV-0084 (MJD/TNL) |
| Petitioner, | |
| v. | **ORDER** |
| KRISTJEN NIELSEN, SECRETARY HOMELAND SECURITY;[1] | |
| MATTHEW WHITAKER, ATTORNEY GENERAL; | |
| PETER BERG, ICE FIELD OFFICE DIRECTOR; and | |
| JOEL BROTT, SHERBURNE COUNTY SHERRIFF, | |
| Respondents. | |

**IT IS HEREBY ORDERED THAT:**

1. Petitioner Kargbo H.'s application to proceed *in forma pauperis* (ECF No. 2) is **GRANTED**.

2. Respondents are directed to file an answer to the petition for a writ of habeas corpus within 30 days of this order certifying the true cause and proper duration of Petitioner's confinement and showing cause why the writ should not be granted in this case.

---

[1] The Court has used the spelling of Respondent Nielsen's name as listed in the petition.

3. Respondents' answer should include:

    a. Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of Petitioner's incarceration, in light of the issues raised in the petition;

    b. A reasoned memorandum of law and fact fully stating Respondents' legal position on Petitioner's claims; and

    c. Respondents' recommendation on whether an evidentiary hearing should be conducted in this matter.

4. If Petitioner intends to file a reply to Respondents' answer, he must do so within 30 days of the date when the answer is filed. Thereafter, no further submissions from either party will be permitted, except as authorized by Court order.

Date: January  29 , 2019

                     *s/ Tony N. Leung*
Tony N. Leung
United States Magistrate Judge
District of Minnesota

*Kargbo H. v. Nielsen et al.*
Case No. 19-cv-0084 (MJD/TNL)